No. 444. MOORE ET AL. *v.* CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL. Appeal from D. C. W. D. N. C. Further consideration of question of jurisdiction in this case postponed to hearing of case on the merits. Case consolidated with No. 498 [*infra*] for oral argument. One hour allotted for oral argument for appellees in No. 498 and a similar amount of time allotted to all other parties in both cases. Cases set for oral argument immediately following No. 349 [certiorari granted, *infra*]. Motion of appellants as to scheduling oral argument and apportionment of time denied.